Order signed. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

HAMILTON INSTITUTE, etc., v. PAUL FOERSTER.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

DAVID I. NALITT v. COSMOPOLITAN BANK.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

JENNIE EVANS v. HULBERT T. E. BEARDSLEY.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

CHARLES H. C. BEAKES v. LEO FASSLER.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

JOSEPH L. FRIEDER v. ALEXANDER ALDERMAN.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

CLARA FLATTERY v. JULIA W. LAWRENCE.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

CLARA FLATTERY v. JULIA W. LAWRENCE:— Motion denied, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

HERMAN H. FAJEN and Another v. HUDSON TRANSPORTATION COMPANY.— Application granted. Order signed. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

CARL JUNK v. TERRY & TENCH COMPANY.— Application granted. Order signed. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

JAMES M. McCUNN v. DANIEL G. STEBBINS.— Application granted. Order signed. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

EDWARD J. GRANNIS v. CHARLES R. TEMPLE.— Application granted. Order signed. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

HYMAN SCHECTER v. FIDELITY AND DEPOSIT COMPANY.— Application denied with ten dollars costs. Order signed. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

In the Matter of CORNELIUS J. EARLEY.— Motion granted; referred to Hon. Henry A. Gildersleeve. Order to be settled on notice. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

In the Matter of JOHN M. COLEMAN.— Reference ordered to Hon. Henry A. Gildersleeve, official referee. Order to be settled on notice. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

In the Matter of FRANCIS L. LELAND, Deceased.— Motion for preference granted for October eleventh. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

MAX SCHWARTZ v. SANTIAGO P. CAHILL.— Motion for preference